IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| LINDA STOUT, et al. | ) | |
| | ) | |
| Plaintiffs, | ) | |
| and | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | CIVIL ACTION NUMBER |
| | ) | |
| Plaintiff-Intervenor, | ) | 2:65-CV-396-MHH |
| | ) | |
| v. | ) | For Filing In |
| | ) | |
| JEFFERSON COUNTY BOARD | ) | Case No.:  2:15-MC-535-MHH |
| OF EDUCATION, et al., | ) | (Trussville City Board of Education) |
| | ) | |
| Defendants. | ) | |

**TRUSSVILLE CITY BOARD OF EDUCATION'S
2023 ANNUAL REPORT TO THE COURT**

_____

As required by Order of this Court, the Trussville City Board of Education ("Trussville") submits its 2023 Annual Report to the Court.  Trussville has included the following reports and information in a submission being filed electronically as of the date of this Report:

1. Student Enrollment Reports - The number of students by race enrolled and attending each school in the system on September 29, 2023 by grade and classroom in the school indicating the race of the teacher assigned to each classroom (Exhibit 1; Exhibits 1A-1E);

2. Full Time Teacher Report - The number of full-time teachers by race employed by the Board at each school and the system as a whole as of September 29, 2023 (Exhibit 2);

3. Part Time Teacher Report - The number of part-time teachers by race employed by the Board at each school in the system and the system as a whole on September 29, 2023 (Exhibit 3);

4. Student Transfer Report - A list of the requests and results which have been accrued for transfers under the provisions of Section III of said Order with personal identifiable information redacted (Exhibit 4);

5. Report on Students with Changed Residences - A list of students who have switched their residence or school district since conclusion of the prior semester up to the attendance date of September 29, 2023 with personal identifiable information redacted (Exhibit 5);

6. *Report on Other Out of District Students* - A list of all students (other than those indicated in (4) and (5)) attending each school in the system while residing in another school district with personal identifiable information redacted (Exhibit 6);

7. Superintendent's Certification to the Reports Attached as Exhibits 1-6 (Exhibit 7);

8. Affidavit and Reports Pursuant to the Court's April 1, 2015 Order[1] (Exhibit 8) showing the following:

    A. That student diversity at all Trussville schools at all grade levels are within a standard of plus or minus 15 percentage points of District-wide average (See Exhibit 1 for report by school and grade);

    B. That student transportation serving students attending school at the Paine Elementary complex is efficient and effective, that one-way bus ride times are minimized, and that vehicles serving the Paine Elementary complex are comparable in quality and age to those serving other elementary schools in the District;

---

[1] Doc. 7

C. That the Paine Elementary complex is operated as a single elementary school serving the same grades as other elementary schools in the District, and with one principal and a unified staff;

D. That all elementary schools in the District are comparable to one another in all respects, including, but not limited to facilities, equipment, technology, materials and supplies, staffing level, class size, programs and services, capacity-use, and per capita spending, and that the Paine Elementary complex is assigned a measurable fair share of the District's most experienced and highly trained teachers;

E. That the only unique elementary program operated by Trussville at the elementary school level is a District-wide pre-kindergarten program for special education children ages 3 and 4 and it is housed at the Paine Elementary complex;

F. That the prekindergarten, after-school care, summer or other program(s) or service(s) offered at the elementary schools are comparable to one another in all respects, including, but not limited to facilities, equipment, technology, materials and supplies, staffing level, class size, programs and services, capacity-use, and per capita spending.

All transfer and student reports have been redacted to remove student names and dates of birth in accordance with the Family Educational Rights and Privacy Act, 20 U.S.C. §1232g ("FERPA"). Trussville recognizes that the Court and other parties to the litigation may want to review unredacted reports and will be glad to make that information available for review or to copy and provide that information to the Court or the Plaintiff Parties.

Respectfully submitted on this 20th day of October, 2023.

BISHOP, COLVIN, LLC
1910 First Avenue North
Birmingham, Alabama 35203
Phone : (205) 251-2881
Fax    : (205) 254-3987

*s/ Whit Colvin*
Whit Colvin (ASB 3137-C51G)
Attorney for Defendant,
Trussville City Board of Education

**CERTIFICATE OF SERVICE**

      I hereby certify that on October 20, 2023, I electronically filed the foregoing Trussville City Board of Education's 2023 Annual Report to the Court with the Clerk of the Court using the CM/ECF system which will send electronic notification of such filing to all counsel of record.

                                         *s/ Whit Colvin*
                                          Whit Colvin