FILED
2023 Oct-23 AM 08:59
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT 1

Stout v. Jefferson County Board of Education
(Trussville Case)
Civil Action # 2:65-CV-396-MHH
Filed in Case #2:15-MC-535-MHH
Trussville City Board of Education's
2023 Annual Report to the Court



# TRUSSVILLE CITY SCHOOLS

476 Main Street
Trussville, AL  35173
(205) 228-3000   FAX (205) 228-3001

Request 1

Mrs. Kim DeShazo
Board President

Patrick M. Martin, Ph.D.
Superintendent

September 29, 2023

Attached please find listed by school in our system the number of students by race enrolled and attending each school.  The race of the teacher is listed beside the teacher name.

Blur Students Data: ☐     **Cahaba Elementary School**     **23-24 Year**

# Enrollment Summary: Scheduling/Reporting Ethnicity as of 09/29/2023 (A)

Cahaba Elementary School

View: Scheduling/Reporting Ethnicity

Students: ● All Active Enrollments  ○ Current Selection

Date: 09/29/2023

| Grade Level | Total in Grade | Asian | African-American | Caucasian | Hispanic | American Indian | Two or More Races | Other | Pacific Islander | Unclassified |
|---|---|---|---|---|---|---|---|---|---|---|
| -3 | 1<br>M 1 /F 0 | 0<br>M 0 /F 0 | 0<br>M 0 /F 0 | 0<br>M 0 /F 0 | 0<br>M 0 /F 0 | 0<br>M 0 /F 0 | 0<br>M 0 /F 0 | 0<br>M 0 /F 0 | 0<br>M 0 /F 0 | 1<br>M 1 /F 0 |
| 0 | 82<br>M 50 /F 32 | 2<br>M 2 /F 0 | 5<br>M 3 /F 2 | 72<br>M 43 /F 29 | 0<br>M 0 /F 0 | 1<br>M 0 /F 1 | 0<br>M 0 /F 0 | 1<br>M 1 /F 0 | 0<br>M 0 /F 0 | 1<br>M 1 /F 0 |
| 1 | 101<br>M 57 /F 44 | 0<br>M 0 /F 0 | 8<br>M 4 /F 4 | 83<br>M 50 /F 33 | 5<br>M 1 /F 4 | 1<br>M 0 /F 1 | 0<br>M 0 /F 0 | 4<br>M 2 /F 2 | 0<br>M 0 /F 0 | 0<br>M 0 /F 0 |
| 2 | 90<br>M 47 /F 43 | 0<br>M 0 /F 0 | 5<br>M 2 /F 3 | 73<br>M 39 /F 34 | 7<br>M 4 /F 3 | 0<br>M 0 /F 0 | 0<br>M 0 /F 0 | 4<br>M 2 /F 2 | 0<br>M 0 /F 0 | 1<br>M 0 /F 1 |
| 3 | 82<br>M 43 /F 39 | 5<br>M 5 /F 0 | 6<br>M 3 /F 3 | 63<br>M 31 /F 32 | 6<br>M 3 /F 3 | 0<br>M 0 /F 0 | 0<br>M 0 /F 0 | 2<br>M 1 /F 1 | 0<br>M 0 /F 0 | 0<br>M 0 /F 0 |
| 4 | 98<br>M 57 /F 41 | 5<br>M 0 /F 5 | 4<br>M 1 /F 3 | 84<br>M 54 /F 30 | 4<br>M 2 /F 2 | 0<br>M 0 /F 0 | 0<br>M 0 /F 0 | 1<br>M 0 /F 1 | 0<br>M 0 /F 0 | 0<br>M 0 /F 0 |
| 5 | 95<br>M 51 /F 44 | 2<br>M 0 /F 2 | 6<br>M 4 /F 2 | 79<br>M 43 /F 36 | 5<br>M 2 /F 3 | 1<br>M 1 /F 0 | 0<br>M 0 /F 0 | 2<br>M 1 /F 1 | 0<br>M 0 /F 0 | 0<br>M 0 /F 0 |
| Total | 549<br>M 306 /F 243 | 14<br>M 7 /F 7 | 34<br>M 17 /F 17 | 454<br>M 260 /F 194 | 27<br>M 12 /F 15 | 3<br>M 1 /F 2 | 0<br>M 0 /F 0 | 14<br>M 7 /F 7 | 0<br>M 0 /F 0 | 3<br>M 2 /F 1 |

The Scheduling/Reporting Ethnicity view displays student ethnicity data that is used in scheduling and preconfigured reporting. See the help for more information.

**Legend**

Icons 🗓 - Date Entry

Blur Students Data: ☐     **Magnolia Elementary School**     **23-24 Year**

# Enrollment Summary: Scheduling/Reporting Ethnicity as of 09/29/2023 (A)

Magnolia Elementary School

| View: | Students: | Date: |
|---|---|---|
| Scheduling/Reporting Ethnicity | ● All Active Enrollments<br>○ Current Selection | 09/29/2023 |

| Grade Level | Total in Grade | Asian | African-American | Caucasian | Hispanic | American Indian | Two or More Races | Other | Pacific Islander | Unclassified |
|---|---|---|---|---|---|---|---|---|---|---|
| 0 | 46<br>M 29 /F 17 | 4<br>M 3 /F 1 | 10<br>M 4 /F 6 | 29<br>M 21 /F 8 | 1<br>M 1 /F 0 | 0<br>M 0 /F 0 | 0<br>M 0 /F 0 | 2<br>M 0 /F 2 | 0<br>M 0 /F 0 | 0<br>M 0 /F 0 |
| 1 | 73<br>M 37 /F 36 | 2<br>M 0 /F 2 | 12<br>M 5 /F 7 | 50<br>M 26 /F 24 | 5<br>M 3 /F 2 | 0<br>M 0 /F 0 | 0<br>M 0 /F 0 | 4<br>M 3 /F 1 | 0<br>M 0 /F 0 | 0<br>M 0 /F 0 |
| 2 | 67<br>M 37 /F 30 | 4<br>M 1 /F 3 | 8<br>M 5 /F 3 | 41<br>M 23 /F 18 | 9<br>M 5 /F 4 | 0<br>M 0 /F 0 | 0<br>M 0 /F 0 | 4<br>M 2 /F 2 | 1<br>M 1 /F 0 | 0<br>M 0 /F 0 |
| 3 | 73<br>M 39 /F 34 | 3<br>M 1 /F 2 | 12<br>M 6 /F 6 | 47<br>M 26 /F 21 | 7<br>M 5 /F 2 | 0<br>M 0 /F 0 | 0<br>M 0 /F 0 | 4<br>M 1 /F 3 | 0<br>M 0 /F 0 | 0<br>M 0 /F 0 |
| 4 | 62<br>M 28 /F 34 | 2<br>M 0 /F 2 | 14<br>M 7 /F 7 | 42<br>M 20 /F 22 | 2<br>M 0 /F 2 | 0<br>M 0 /F 0 | 0<br>M 0 /F 0 | 2<br>M 1 /F 1 | 0<br>M 0 /F 0 | 0<br>M 0 /F 0 |
| 5 | 64<br>M 30 /F 34 | 2<br>M 1 /F 1 | 16<br>M 8 /F 8 | 43<br>M 19 /F 24 | 1<br>M 1 /F 0 | 0<br>M 0 /F 0 | 0<br>M 0 /F 0 | 2<br>M 1 /F 1 | 0<br>M 0 /F 0 | 0<br>M 0 /F 0 |
| Total | 385<br>M 200 /F 185 | 17<br>M 6 /F 11 | 72<br>M 35 /F 37 | 252<br>M 135 /F 117 | 25<br>M 15 /F 10 | 0<br>M 0 /F 0 | 0<br>M 0 /F 0 | 18<br>M 8 /F 10 | 1<br>M 1 /F 0 | 0<br>M 0 /F 0 |

The Scheduling/Reporting Ethnicity view displays student ethnicity data that is used in scheduling and preconfigured reporting. See the help for more information.

**Legend**

Icons 🔳 - Date Entry

Blur Students Data: ☐     **Paine Elementary School**     **23-24 Year**

# Enrollment Summary: Scheduling/Reporting Ethnicity as of 09/29/2023 (A)

Paine Elementary School

| View: | Students: | Date: |
|---|---|---|
| Scheduling/Reporting Ethnicity | ● All Active Enrollments<br>○ Current Selection | 09/29/2023 |

| Grade Level | Total in Grade | Asian | African-American | Caucasian | Hispanic | American Indian | Two or More Races | Other | Pacific Islander | Unclassified |
|---|---|---|---|---|---|---|---|---|---|---|
| -3 | 8<br>M 7 /F 1 | 0<br>M 0 /F 0 | 2<br>M 2 /F 0 | 6<br>M 5 /F 1 | 0<br>M 0 /F 0 | 0<br>M 0 /F 0 | 0<br>M 0 /F 0 | 0<br>M 0 /F 0 | 0<br>M 0 /F 0 | 0<br>M 0 /F 0 |
| -2 | 6<br>M 6 /F 0 | 0<br>M 0 /F 0 | 1<br>M 1 /F 0 | 4<br>M 4 /F 0 | 0<br>M 0 /F 0 | 0<br>M 0 /F 0 | 0<br>M 0 /F 0 | 1<br>M 1 /F 0 | 0<br>M 0 /F 0 | 0<br>M 0 /F 0 |
| -1 | 18<br>M 7 /F 11 | 0<br>M 0 /F 0 | 2<br>M 2 /F 0 | 4<br>M 2 /F 2 | 1<br>M 0 /F 1 | 0<br>M 0 /F 0 | 0<br>M 0 /F 0 | 1<br>M 0 /F 1 | 0<br>M 0 /F 0 | 10<br>M 3 /F 7 |
| 0 | 208<br>M 123 /F 85 | 2<br>M 2 /F 0 | 18<br>M 10 /F 8 | 169<br>M 97 /F 72 | 6<br>M 6 /F 0 | 0<br>M 0 /F 0 | 0<br>M 0 /F 0 | 13<br>M 8 /F 5 | 0<br>M 0 /F 0 | 0<br>M 0 /F 0 |
| 1 | 220<br>M 126 /F 94 | 5<br>M 4 /F 1 | 24<br>M 18 /F 6 | 168<br>M 95 /F 73 | 10<br>M 3 /F 7 | 0<br>M 0 /F 0 | 0<br>M 0 /F 0 | 13<br>M 6 /F 7 | 0<br>M 0 /F 0 | 0<br>M 0 /F 0 |
| 2 | 229<br>M 119 /F 110 | 5<br>M 1 /F 4 | 32<br>M 16 /F 16 | 169<br>M 90 /F 79 | 12<br>M 8 /F 4 | 0<br>M 0 /F 0 | 0<br>M 0 /F 0 | 11<br>M 4 /F 7 | 0<br>M 0 /F 0 | 0<br>M 0 /F 0 |
| 3 | 217<br>M 113 /F 104 | 3<br>M 1 /F 2 | 41<br>M 22 /F 19 | 159<br>M 84 /F 75 | 7<br>M 3 /F 4 | 0<br>M 0 /F 0 | 0<br>M 0 /F 0 | 7<br>M 3 /F 4 | 0<br>M 0 /F 0 | 0<br>M 0 /F 0 |
| 4 | 223<br>M 106 /F 117 | 6<br>M 2 /F 4 | 41<br>M 21 /F 20 | 163<br>M 75 /F 88 | 5<br>M 3 /F 2 | 0<br>M 0 /F 0 | 0<br>M 0 /F 0 | 8<br>M 5 /F 3 | 0<br>M 0 /F 0 | 0<br>M 0 /F 0 |
| 5 | 210<br>M 85 /F 125 | 6<br>M 1 /F 5 | 38<br>M 16 /F 22 | 154<br>M 62 /F 92 | 9<br>M 4 /F 5 | 0<br>M 0 /F 0 | 0<br>M 0 /F 0 | 3<br>M 2 /F 1 | 0<br>M 0 /F 0 | 0<br>M 0 /F 0 |
| Total | 1339<br>M 692 /F 647 | 27<br>M 11 /F 16 | 199<br>M 108 /F 91 | 996<br>M 514 /F 482 | 50<br>M 27 /F 23 | 0<br>M 0 /F 0 | 0<br>M 0 /F 0 | 57<br>M 29 /F 28 | 0<br>M 0 /F 0 | 10<br>M 3 /F 7 |

The Scheduling/Reporting Ethnicity view displays student ethnicity data that is used in scheduling and preconfigured reporting. See the help for more information.

**Legend**

Icons ⌗ - Date Entry

Blur Students Data: ☐    **Hewitt-Trussville Middle School**    **23-24 Year**

# Enrollment Summary: Scheduling/Reporting Ethnicity as of 09/29/2023 (A)

Hewitt-Trussville Middle School

| View: | Students: | Date: |
|---|---|---|
| Scheduling/Reporting Ethnicity | ● All Active Enrollments<br>○ Current Selection | 09/29/2023 |

| Grade Level | Total in Grade | Asian | African-American | Caucasian | Hispanic | American Indian | Two or More Races | Other | Pacific Islander | Unclassified |
|---|---|---|---|---|---|---|---|---|---|---|
| 6 | 367<br>M 193 /F 174 | 16<br>M 8 /F 8 | 52<br>M 28 /F 24 | 269<br>M 141 /F 128 | 17<br>M 5 /F 12 | 1<br>M 1 /F 0 | 0<br>M 0 /F 0 | 11<br>M 9 /F 2 | 0<br>M 0 /F 0 | 1<br>M 1 /F 0 |
| 7 | 409<br>M 204 /F 205 | 11<br>M 4 /F 7 | 66<br>M 29 /F 37 | 307<br>M 157 /F 150 | 12<br>M 9 /F 3 | 1<br>M 1 /F 0 | 0<br>M 0 /F 0 | 11<br>M 4 /F 7 | 0<br>M 0 /F 0 | 1<br>M 0 /F 1 |
| 8 | 362<br>M 187 /F 175 | 6<br>M 2 /F 4 | 67<br>M 36 /F 31 | 266<br>M 134 /F 132 | 11<br>M 6 /F 5 | 0<br>M 0 /F 0 | 0<br>M 0 /F 0 | 11<br>M 9 /F 2 | 1<br>M 0 /F 1 | 0<br>M 0 /F 0 |
| Total | 1138<br>M 584 /F 554 | 33<br>M 14 /F 19 | 185<br>M 93 /F 92 | 842<br>M 432 /F 410 | 40<br>M 20 /F 20 | 2<br>M 2 /F 0 | 0<br>M 0 /F 0 | 33<br>M 22 /F 11 | 1<br>M 0 /F 1 | 2<br>M 1 /F 1 |

The Scheduling/Reporting Ethnicity view displays student ethnicity data that is used in scheduling and preconfigured reporting. See the help for more information.

### Legend

Icons ▦ - Date Entry

Blur Students Data: ☐  **Hewitt-Trussville High School**  **23-24 Year**

# Enrollment Summary: Scheduling/Reporting Ethnicity as of 09/29/2023 (A)

Hewitt-Trussville High School

| View: Scheduling/Reporting Ethnicity | Students: ● All Active Enrollments ○ Current Selection | Date: 09/29/2023 |
|---|---|---|

| Grade Level | Total in Grade | Asian | African-American | Caucasian | Hispanic | American Indian | Two or More Races | Other | Pacific Islander | Unclassified |
|---|---|---|---|---|---|---|---|---|---|---|
| 9 | 428 M 238 /F 190 | 8 M 5 /F 3 | 67 M 39 /F 28 | 327 M 179 /F 148 | 16 M 10 /F 6 | 2 M 1 /F 1 | 0 M 0 /F 0 | 8 M 4 /F 4 | 0 M 0 /F 0 | 0 M 0 /F 0 |
| 10 | 369 M 185 /F 184 | 12 M 7 /F 5 | 64 M 36 /F 28 | 278 M 137 /F 141 | 7 M 2 /F 5 | 1 M 0 /F 1 | 0 M 0 /F 0 | 7 M 3 /F 4 | 0 M 0 /F 0 | 0 M 0 /F 0 |
| 11 | 412 M 191 /F 221 | 12 M 8 /F 4 | 60 M 22 /F 38 | 316 M 152 /F 164 | 15 M 4 /F 11 | 1 M 0 /F 1 | 0 M 0 /F 0 | 8 M 5 /F 3 | 0 M 0 /F 0 | 0 M 0 /F 0 |
| 12 | 369 M 181 /F 188 | 14 M 7 /F 7 | 52 M 26 /F 26 | 288 M 140 /F 148 | 6 M 2 /F 4 | 3 M 2 /F 1 | 0 M 0 /F 0 | 6 M 4 /F 2 | 0 M 0 /F 0 | 0 M 0 /F 0 |
| 13 | 5 M 3 /F 2 | 0 M 0 /F 0 | 1 M 0 /F 1 | 4 M 3 /F 1 | 0 M 0 /F 0 | 0 M 0 /F 0 | 0 M 0 /F 0 | 0 M 0 /F 0 | 0 M 0 /F 0 | 0 M 0 /F 0 |
| 14 | 1 M 1 /F 0 | 0 M 0 /F 0 | 0 M 0 /F 0 | 1 M 1 /F 0 | 0 M 0 /F 0 | 0 M 0 /F 0 | 0 M 0 /F 0 | 0 M 0 /F 0 | 0 M 0 /F 0 | 0 M 0 /F 0 |
| Total | 1584 M 799 /F 785 | 46 M 27 /F 19 | 244 M 123 /F 121 | 1214 M 612 /F 602 | 44 M 18 /F 26 | 7 M 3 /F 4 | 0 M 0 /F 0 | 29 M 16 /F 13 | 0 M 0 /F 0 | 0 M 0 /F 0 |

The Scheduling/Reporting Ethnicity view displays student ethnicity data that is used in scheduling and preconfigured reporting. See the help for more information.

| Legend |
|---|
| Icons ▦ - Date Entry |