FILED
2023 Oct-23 AM 08:59
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT 4

Stout v. Jefferson County Board of Education
(Trussville Case)
Civil Action # 2:65-CV-396-MHH
Filed in Case #2:15-MC-535-MHH
Trussville City Board of Education's
2023 Annual Report to the Court

**TRUSSVILLE CITY SCHOOLS**

476 Main Street
Trussville, AL 35173
(205) 228-3000  FAX (205) 228-3001

Request 4

Mrs. Kim DeShazo
Board President

Patrick M. Martin, Ph.D.
Superintendent

September 29, 2023

Attached please a list of requests and the results which have been accrued for transfers under the provisions of Section III (including the student's name, date of birth, legal residence, race, parents' names and addresses, the schools involved, the reason the request for transfer was made, whether the request was granted or denied and the basis for such disposition) since the conclusion of the prior semester up to the attendance date of September 29, 2023.

| TCS Granted Transfers for Full-Time Board Employees and Trussville City Full Time Employees- As of September 30, 2023 | | | | | |
|---|---|---|---|---|---|
| Student Name | DOB | Address | R | School Transfer from & % of Black Students | School Transfer To & % of Black Students |
| | | 2884 Washing Valley Rd Springville, AL 35146 | W | Springville Elementary School-4% | Paine Elementary School-15% |
| | | 52 Cahaba Springs Drive Trussville, AL 35173 | A | Moody High School-15% | Hewitt Trussville High School-15% |
| | | 135 Field Stone Lane Springville, AL 35146 | W | Springville Elementary School-4% | Magnolia Elementary School-19% |
| | | 6870 Briarwood Drive Pinson, AL 35126 | W | Pinson Valley High School-52% | Hewitt Trussville High School-15% |
| | | 6870 Briarwood Drive Pinson, AL 35126 | W | Pinson Elementary School-47% | Magnolia Elementary School-19% |
| | | 5724 Finch Road Pinson, AL 35126 | W | Pinson Elementary School-47% | Magnolia Elementary School-19% |
| | | 7040 Old Mill Trace Trussville, AL 35173 | W | Clay Chalkville High School-79% | Hewitt Trussville High School-15% |
| | | 315 Cedar Heights Drive Springville, AL 35146 | W | Springville High School-7% | Hewitt Trussville High School-15% |
| | | 6911 Woodvale Lane Trussville, AL 35173 | W | Clay Elementary School-55% | Cahaba Elementary School-8% |
| | | 6911 Woodvale Lane Trussville, AL 35173 | W | Clay Elementary School-55% | Cahaba Elementary School-8% |
| | | 565 Ridgefield Way Odenville, AL 35120 | B | Odenville Elementary School-10% | Magnolia Elementary School-19% |
| | | 565 Ridgefield Way Odenville, AL 35120 | B | St. Clair County High School-16% | Hewitt Trussville Middle School-16% |
| | | 31 Moonglow Drive Birmingham, AL 35215 | B | Sun Valley Elementary School-97% | Magnolia Elementary School-19% |
| | | 1508 Western Lane Southside, AL 35907 | W | Southside High School-6% | Hewitt Trussville High School-15% |
| | | 1508 Western Lane Southside, AL 35907 | W | Southside Elementary School-2% | Magnolia Elementary School-19% |
| | | 1508 Western Lane Southside, AL 35907 | W | Rainbow Middle School-6% | Hewitt Trussville Middle School-16% |
| | | 205 Grande View Drive Springville, AL 35146 | W | Springville Elementary School-4% | Cahaba Elementary School-8% |

| Student Name | DOB | Address | R | School Transfer from & % of Black Students | School Transfer To & % of Black Students |
|---|---|---|---|---|---|
| | | 7638 Clayton Road Pinson, AL 35126 | W | Clay Chalkville Middle School-81% | Hewitt Trussville Middle School-16% |
| | | 7638 Clayton Road Pinson, AL 35126 | W | Clay Elementary School-55% | Magnolia Elementary School-19% |
| | | 845 Magnolia Crest Ln Odenville, AL 35120 | B | Odenville Middle School-20% | Hewitt Trussville Middle School-16% |
| | | 375 Morning Mist Lane Odenville, AL 35120 | W | Odenville Elementary School-10% | Magnolia Elementary School-19% |
| | | 2332 Burns Lane Irondale, AL 35210 | W | Shades Valley High School-55% | Hewitt Trussville High School-15% |
| | | 2222 Highland Avenue Irondale, AL 35210 | W | Irondale Community School-52% | Magnolia Elementary School-19% |
| | | 6466 Kimberly Loop Pinson, AL 35126 | W | Pinson Elementary School-47% | Magnolia Elementary School-19% |
| | | 7421 Lucky Circle Pinson, AL 35126 | W | Pinson Elementary School-47% | Magnolia Elementary School-19% |
| | | 7421 Lucky Circle Pinson, AL 35126 | W | Rudd Middle School-52% | Hewitt Trussville Middle School-16% |
| | | 4112 Melanie Drive Moody, AL 35004 | W | Moody Elementary School-10% | Magnolia Elementary School-19% |
| | | 4112 Melanie Drive Moody, AL 35004 | W | Moody Elementary School-10% | Magnolia Elementary School-19% |
| | | 8690 Gadsden Hwy Trussville, AL 35173 | W | Clay Chalkville High School-79% | Hewitt Trussville High School-15% |
| | | 169 James Street Springville, AL 35146 | W | Springville Elementary School-4% | Magnolia Elementary School-19% |
| | | 141 Archers Cove Way Springville, AL 35146 | W | Springville Elementary School-4% | Magnolia Elementary School-19% |
| | | 141 Archers Cove Way Springville, AL 35146 | W | Springville Middle School-8% | Hewitt Trussville Middle School-16% |
| | | 141 Archers Cove Way Springville, AL 35146 | W | Springville Middle School-8% | Hewitt Trussville Middle School-16% |
| | | 401 Jennifer Drive Pleasant Grove, AL 35127 | B | Pleasant Grove Elementary School-46% | Magnolia Elementary School-19% |

| TCS Granted Transfers for Full-Time Board Employees and Trussville City Full Time Employees- As of September 30, 2023 | | | | | |
|---|---|---|---|---|---|
| Student Name | DOB | Address | R | School Transfer from & % of Black Students | School Transfer To & % of Black Students |
| | | 401 Jennifer Drive Pleasant Grove, AL 35127 | B | Pleasant Grove Elementary School-46% | Magnolia Elementary School-19% |
| | | 170 Woody Acres Drive Odenville, AL 35120 | W | Moody Elementary School-10% | Magnolia Elementary School-19% |
| | | 140 Rockwell Circle Odenville, AL 35120 | W | St. Clair County High School-16% | Hewitt Trussville High School-15% |
| | | 7052 Old Mill Trace Trussville, AL 35173 | W | Clay Elementary School-55% | Paine Elementary School-15% |
| | | 443 Fern Creek Drive Springville, AL 35146 | W | Springville High School-7% | Hewitt Trussville High School-15% |
| | | 443 Fern Creek Drive Springville, AL 35146 | W | Springville Middle School-8% | Hewitt Trussville Middle School-16% |
| | | 1121 Liberty Park Loop Vestavia Hills, AL 35242 | B | Liberty Park Elementary School-5% | Magnolia Elementary School-19% |
| | | 175 Mary Ann Lane Trussville, AL 35173 | W | Odenville Middle School-20% | Hewitt Trussville Middle School-16% |
| | | 1145 Lakeside Drive Odenville, AL 35120 | B | Margaret Elementary School-17% | Magnolia Elementary School-19% |
| | | 729 Orchard Road Birmingham, AL 35235 | B | Clay Chalkville Middle School-81% | Hewitt Trussville Middle School-16% |
| | | 729 Orchard Road Birmingham, AL 35235 | B | Chalkville Elementary School-84% | Magnolia Elementary School-19% |
| | | 635 Blackberry Glen Springville, AL 35173 | W | Springville Elementary School-4% | Magnolia Elementary School-19% |
| | | 7571 Crestridge Dr Owens Cross, AL 35763 | W | Goldsmith Schiffman Elementary School-4% | Magnolia Elementary School-19% |
| | | 7571 Crestridge Dr Owens Cross, AL 35763 | W | Goldsmith Schiffman Elementary School-4% | Magnolia Elementary School-19% |
| | | 7571 Crestridge Dr Owens Cross, AL 35763 | W | Hampton Cove Middle School-6% | Hewitt Trussville High School-15% |
| | | 3600 Westbury Road Mt. Brook, AL 35223 | W | Mountain Brook High School-0% | Magnolia Elementary School-19% |
| | | 135 Field Stone Lane Springville, AL 35146 | W | Springville Middle School-8% | Hewitt Trussville Middle School-16% |

| TCS Granted Transfers for Full-Time Board Employees and Trussville City Full Time Employees- As of September 30, 2023 | | | | | |
|---|---|---|---|---|---|
| Student Name | DOB | Address | R | School Transfer from & % of Black Students | School Transfer To & % of Black Students |
| | | 5613 Cahaba Glen Circle Irondale, AL 35210 | B | Irondale Community School-52% | Magnolia Elementary School-19% |
| | | 130 Rueben Circle Odenville, AL 35120 | W | St. Clair County High School-16% | Hewitt Trussville High School-15% |
| | | 130 Rueben Circle Odenville, AL 35120 | W | Odenville Elementary School-10% | Cahaba Elementary School-8% |
| | | 1251 Leslie Street Leeds, AL 35094 | B | Leeds Elementary School-25% | Magnolia Elementary School-19% |
| | | 200 Oakview Lane Argo, Alabama 35120 | W | Springville High School-7% | Hewitt Trussville High School-15% |
| | | 4756 Grist Mill Road Birmingham, AL 35215 | W | Pinson Valley High School-52% | Hewitt Trussville High School-15% |
| | | 5428 Walnut Drive Sylvan Springs, AL 35118 | W | Oak Grove High School-2% | Hewitt Trussville High School-15% |
| | | 5428 Walnut Drive Sylvan Springs, AL 35118 | W | Oak Grove High School-2% | Hewitt Trussville Middle School-16% |
| | | 4715 Shoal Creek Road Ashville, AL 35953 | W | Ashville High School-6% | Hewitt Trussville High School-15% |
| | | 195 Pine Knoll Drive Trussville, AL 35173 | W | Springville Elementary School-4% | Magnolia Elementary School-19% |
| | | 5234 Mike Drive Pinson, AL 35126 | W | Bryant Park Elementary School-77% | Magnolia Elementary School-19% |
| | | 195 Pine Knoll Drive Trussville, AL 35173 | W | Springville Elementary School-4% | Magnolia Elementary School-19% |
| | | 217 59th Street South Birmingham, AL 35212 | H | Avondale Elementary School-80% | Paine Elementary School-15% |
| | | 217 59th Street South Birmingham, AL 35212 | H | Avondale Elementary School-80% | Paine Elementary School-15% |
| | | 556 Kincaid Cove Lane Odenville, AL 35120 | A | Odenville Middle School-20% | Hewitt Trussville Middle School-16% |
| | | 556 Kincaid Cove Lane Odenville, AL 35120 | B | Odenville Elementary School-10% | Magnolia Elementary School-19% |
| | | 111 Bob Smith Road Remlap, AL 35133 | W | Southeastern Elementary School-3% | Magnolia Elementary School-19% |

| TCS Granted Transfers for Full-Time Board Employees and Trussville City Full Time Employees- As of September 30, 2023 | | | | | |
|---|---|---|---|---|---|
| Student Name | DOB | Address | R | School Transfer from & % of Black Students | School Transfer To & % of Black Students |
| | | 6854 Mockingbird Lane Pinson, AL 35126 | W | Clay Elementary School-55% | Magnolia Elementary School-19% |
| | | 6854 Mockingbird Lane Pinson, AL 35126 | W | Clay Elementary School-55% | Magnolia Elementary School-19% |
| | | 111 Bob Smith Road Remlap, AL 35133 | W | Southeastern Elementary School-3% | Magnolia Elementary School-19% |
| | | 401 River Oaks Lane Helena, AL 35080 | W | Helena Intermediate School-15% | Magnolia Elementary School-19% |
| | | 6854 Mockingbird Lane Pinson, AL 35126 | W | Clay Chalkville Middle School-81% | Hewitt Trussville Middle School-16% |
| | | 3160 Loblolly Lane Birmingham, AL 36224 | B | Minor High School-84% | Hewitt Trussville High School-15% |
| | | 340 Crestview Road Trussville, AL 35173 | W | Springville Middle School-8% | Hewitt Trussville Middle School-16% |
| | | 340 Crestview Road Trussville, AL 35173 | W | Springville Middle School-8% | Hewitt Trussville Middle School-16% |
| | | 1387 Archers Cove Wy Springville, AL 35146 | B | Springville Elementary School-4% | Paine Elementary School-15% |
| | | 7952 Saint James Drive Pinson, AL 35126 | B | Clay Chalkville High School-79% | Hewitt Trussville High School-15% |
| | | 6214 Trussville Clay Rd Trussville, AL 35173 | W | Clay Elementary School-55% | Magnolia Elementary School-19% |
| | | 31 Moonglow Drive Birmingham, AL 35215 | B | Smith Middle School-87% | Hewitt Trussville Middle School-16% |
| | | 31 Moonglow Drive Birmingham, AL 35215 | B | Huffman High School-88% | Hewitt Trussville High School-15% |
| | | 1022 Meadows Lane Moody, AL 35004 | W | Moody High School-15% | Hewitt Trussville High School-15% |
| | | 17256 AL Hwy 174 Pell City, AL 35125 | W | Coosa Valley Elementary School-7% | Magnolia Elementary School-19% |
| | | 390 Mountain View Rd Springville, AL 35146 | W | Springville High School-7% | Hewitt Trussville High School-15% |
| | | 894 Argo Margaret Rd Trussville, AL 35173 | W | Springville High School-7% | Hewitt Trussville High School-15% |

| Student Name | DOB | Address | R | School Transfer from & % of Black Students | School Transfer To & % of Black Students |
|---|---|---|---|---|---|
| | | 140 Cedar Cliff Road Springville, AL 35146 | W | Springville High School- 7% | Hewitt Trussville High School-15% |
| | | 4116 Gardenia Lane Moody, AL 35004 | W | Moody Elementary School- 10% | Magnolia Elementary School-19% |
| | | 4116 Gardenia Lane Moody, AL 35004 | W | Moody Elementary School- 10% | Magnolia Elementary School-19% |

TCS Granted Transfers for Full-Time Board Employees and Trussville City Full Time Employees- As of September 30, 2023