### TCS Granted Cross Boundary Transfers - As of September 30, 2023

| Student Name | DOB | Address | R | School Transfer from & % of Black Students | School Transfer To & % of Black Students |
|---|---|---|---|---|---|
| | | 104 Carriage Cove Trussville, AL 35173 | W | Cahaba Elementary School- 8% | Paine Elementary School- 15% |
| | | 104 Carriage Cove Trussville, AL 35173 | W | Cahaba Elementary School- 8% | Paine Elementary School- 15% |
| | | 104 Carriage Cove Trussville, AL 35173 | W | Cahaba Elementary School- 8% | Paine Elementary School- 15% |
| | | 8521 Carrington Lake Cr Trussville, AL 35173 | B | Paine Elementary School- 15% | Magnolia Elementary School- 19% |
| | | 8913 Red Oak Drive Trussville, AL 35173 | W | Paine Elementary School- 15% | Magnolia Elementary School- 19% |
| | | 8913 Red Oak Drive Trussville, AL 35173 | W | Paine Elementary School- 15% | Magnolia Elementary School- 19% |
| | | 7612 Roper Tunnel Rd Trussville, AL 35173 | W | Paine Elementary School- 15% | Magnolia Elementary School- 19% |
| | | 4534 Rock Creek Circle Trussville, AL 35173 | W | Cahaba Elementary School- 8% | Paine Elementary School- 15% |
| | | 5947 Deer Crest Lane Trussville, AL 35173 | W | Paine Elementary School- 15% | Magnolia Elementary School- 19% |
| | | 8205 Brooke's Cross Cir Birmingham, AL 35235 | B | Cahaba Elementary School- 8% | Magnolia Elementary School- 19% |
| | | 8205 Brooke's Cross Cir Birmingham, AL 35235 | B | Cahaba Elementary School- 8% | Magnolia Elementary School- 19% |
| | | 8861 Black Oak Lane Trussville, AL 35173 | A | Paine Elementary School- 15% | Magnolia Elementary School- 19% |
| | | 5301 Wilson Way Birmingham, AL 35235 | A | Cahaba Elementary School- 8% | Paine Elementary School- 15% |
| | | 6464 Spring Street Trussville, AL 35173 | W | Paine Elementary School- 15% | Magnolia Elementary School- 19% |
| | | 6435 Deerfoot Cross Dr Trussville, AL 35173 | W | Paine Elementary School- 15% | Magnolia Elementary School- 19% |
| | | 4565 Brexton Street Trussville, AL 35173 | B | Paine Elementary School- 15% | Magnolia Elementary School- 19% |
| | | 3387 Smith Sims Rd Trussville, AL 35173 | B | Paine Elementary School- 15% | Magnolia Elementary School- 19% |

| Student Name | DOB | Address | R | School Transfer from & % of Black Students | School Transfer To & % of Black Students |
|---|---|---|---|---|---|
| | | 4600 Brexton Street Trussville, AL 35173 | W | Paine Elementary School- 15% | Magnolia Elementary School-19% |
| | | 7719 Jayden Drive Trussville, AL 35173 | W | Paine Elementary School- 15% | Magnolia Elementary School-19% |
| | | 4723 Trussville Clay Rd Trussville, AL 35173 | A | Cahaba Elementary School- 8% | Paine Elementary School- 15% |
| | | 4723 Trussville Clay Rd Trussville, AL 35173 | A | Cahaba Elementary School- 8% | Paine Elementary School- 15% |

**TCS Denied Cross Boundary Transfers - As of September 30, 2023**

| Student Name | DOB | Address | R | School Transfer from & % of Black Students | School Transfer To & % of Black Students |
|---|---|---|---|---|---|
| | | | | **TCS Denied Out of District Transfers - As of September 30, 2023** | |
| | | 640 Shadywood Lane Birmingham, AL 35206 | B | Fultondale Elementary School-48% | Magnolia Elementary School-19% |
| | | 6930 Honor Keith Road Trussville, AL 35173 | B | Clay Elementary School-55% | Magnolia Elementary School-19% |
| | | 6317 Yellowhammer Dr Pinson, AL 35126 | B | Clay Elementary School-55% | Magnolia Elementary School-19% |
| | | 1052 Green Street Birmingham, AL 35217 | H | Tarrant High School-50% | Hewitt Trussville High School-15% |
| | | 15282 Jack Lunsford Dr Coaling, AL 35453 | W | Brookwood Elementary School-9% | Magnolia Elementary School-19% |
| | | 15282 Jack Lunsford Dr Coaling, AL 35453 | W | Brookwood Middle School-12% | Hewitt Trussville Middle School-16% |
| | | 6341 Harness Way Pinson, AL 35126 | B | Clay Elementary School-55% | Magnolia Elementary School-19% |
| | | 6341 Harness Way Pinson, AL 35126 | B | Clay Elementary School-55% | Magnolia Elementary School-19% |
| | | 1200 Meadows Lane Birmingham, AL 35215 | H | Clay Elementary School-55% | Magnolia Elementary School-19% |
| | | 2511 Daly Drive Birmingham, AL 35235 | H | Clay Chalkville High School-79% | Hewitt Trussville High School-15% |
| | | 2511 Daly Drive Birmingham, AL 35235 | H | Clay Chalkville Middle School-81% | Hewitt Trussville Middle School-16% |
| | | 6344 Yellowhammer Dr Pinson, AL 35126 | B | Clay Chalkville Middle School-81% | Hewitt Trussville Middle School-16% |
| | | 6344 Yellowhammer Dr Pinson, AL 35126 | B | Clay Elementary School-55% | Magnolia Elementary School-19% |
| | | 5541 Katrix Lane Pinson, AL 35126 | B | Pinson Valley High School-52% | Hewitt Trussville High School-15% |
| | | 304 72nd Street North Birmingham, AL 35206 | B | Woodlawn High School-87% | Hewitt Trussville High School-15% |
| | | 304 72nd Street North Birmingham, AL 35206 | B | Ossie Ware Mitchell Middle School-85% | Hewitt Trussville Middle School-16% |
| | | 304 72nd Street North Birmingham, AL 35206 | B | Barrett Elementary School-88% | Magnolia Elementary School-19% |
| | | 5422 Balboa Circle Birmingham, AL 35215 | B | Clay Chalkville Middle School-81% | Hewitt Trussville Middle School-16% |

| Student Name | DOB | Address | R | School Transfer from & % of Black Students | School Transfer To & % of Black Students |
|---|---|---|---|---|---|
| | | 5724 Lazy Acres Trail Pinson, AL 35126 | B | Bryant Park Elementary School-77% | Magnolia Elementary School-19% |
| | | 528 Mountain Drive Birmingham, AL 35206 | B | Huffman Middle School-87% | Hewitt Trussville Middle School-16% |
| | | 5430 Nottinghill Drive Birmingham, AL 35235 | B | Clay Chalkville Middle School-81% | Hewitt Trussville Middle School-16% |

TCS Denied Out of District Transfers - As of September 30, 2023

| Senior Status Transfers granted as of September 30, 2023 | | | | | |
|---|---|---|---|---|---|
| Student Name | DOB | Address | R | School Transfer from & % of Black Students | School Transfer To & % of Black Students |
| | | 2314 Raintree Court CenterPoint, AL 35215 | B | Center Point High School-94% | Hewitt Trussville High School-15% |
| | | 5212 Falling Creek Lane Birmingham, AL 35285 | B | Clay Chalkville High School 79% | Hewitt Trussville High School-15% |

| Student Name | DOB | Address | R | School Transfer from & % of Black Students | School Transfer To & % of Black Students |
|---|---|---|---|---|---|
| | | 3524 Thornton Drive Pinson, AL 35126 | B | Kermit Johnson Elementary School-38% | Paine Elementary School-15% |
| | | 3524 Thornton Drive Pinson, AL 35126 | B | Kermit Johnson Elementary School-38% | Paine Elementary School-15% |
| | | 7054 Old Mill Trace Trussville, AL 35173 | W | Clay Elementary School-55% | Magnolia Elementary School-19% |
| | | 27821 State Hwy 181 Daphne, AL 36526 | W | Belforest Elementary School-8% | Hewitt Trussville Middle School-16% |
| | | 27821 State Hwy 181 Daphne, AL 36526 | W | Daphne High School-17% | Hewitt Trussville High School-15% |
| | | 27821 State Hwy 181 Daphne, AL 36526 | W | Daphne High School-17% | Hewitt Trussville High School-15% |
| | | 6053 Princess Blvd Birmingham, AL 35215 | B | Pinson Elementary School-47% | Paine Elementary School-15% |
| | | 1525 Brookhaven Dr Odenville, AL 35120 | W | Margaret Elementary School-17% | Paine Elementary School-15% |
| | | 1525 Brookhaven Dr Odenville, AL 35120 | W | Margaret Elementary School-17% | Paine Elementary School-15% |

Construction Transfers granted as of September 30, 2023