FILED
2023 Oct-23 AM 08:59
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT 5-C

Stout v. Jefferson County Board of Education
(Trussville Case)
Civil Action # 2:65-CV-396-MHH
Filed in Case #2:15-MC-535-MHH
Trussville City Board of Education's
2023 Annual Report to the Court

| Student Name | DOB | Former Address | Address | R | School Transfer From & % of Black Students | School Transfer To & % of Black Students |
|---|---|---|---|---|---|---|
| ■ | 10/13/2008 | 119 Woodward Rd Trussville, AL 35173 | 119 Woodward Rd Trussville, AL 35173 | W | Hewitt Trussville High School-15% | Vestavia High School-6% |
| ■ | 6/29/2015 | 5732 Woodland Trl Trussville, AL 35173 | 2775 Daniel Park Run Dacula, GA 30019 | W | Paine Elementary School-15% | Hebron Christian School-1% |
| ■ | 8/23/2012 | 5732 Woodland Trl Trussville, AL 35173 | 2775 Daniel Park Run Dacula, GA 30019 | W | Paine Elementary School-15% | Hebron Christian School-1% |

Withdrawn students who switched residence or school district - As of September 30, 2023

| Student Name | DOB | Address | R | School Transfer from & % of Black Students | School Transfer To & % of Black Students |
|---|---|---|---|---|---|
| | | | | **TCS Releases - As of September 30, 2023** | |
| McLaughlin, Aubree | 10/10/2006 | 144 Mack Roper Road Trussvill,e AL 35173 | W | Hewitt Trussville High School-15% | Leeds High School-25% |
| Williamson, Alexander | 8/3/2007 | 6905 Arnett Circle Trussville, AL 35173 | W | Hewitt Trussville High School-15% | Leeds High School-25% |
| Vincent, Isabella | 1/9/2007 | 5164 Cruise Street Trussville, AL 35173 | W | Hewitt Trussville High School-15% | Moody High School-15% |
| Walters, Christian | 12/19/2011 | 5154 Flint Court Trussville, AL 35173 | W | Hewitt Trussville Middle School-16% | Moody Middle School-11% |
| Grunda, Evan | 4/19/2017 | 208 Birdie Street Trussville, AL 35173 | W | Cahaba Elementary School-8% | Moody Elementary School-10% |
| Dion, Nathaniel | 8/6/2009 | 8558 Carrington Lake Cr Trussville, AL 35173 | W | Hewitt Trussville High School-15% | Leeds High School-25% |